UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:22-00232 |
| v. | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 1349 |
| JOHN R. MANNING | ) | 18 U.S.C. § 1347 |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through Mark H. Wildasin, United States Attorney, and Leslie Williams Fisher, Trial Attorney, United States Department of Justice, hereby moves this Court to seal the Indictment in this case.

The United States requests a sealing of the Indictment to prevent the flight of Defendant John R. Manning, to prevent the potential destruction of evidence, and to ensure the safety of officers. The United States requests that the Indictment remain sealed until John R. Manning is arrested.

For these reasons, the United States respectfully requests the Indictment be sealed as described in the attached proposed Order

Respectfully submitted,

MARK H. WILDASIN
United States Attorney
Middle District of Tennessee

*s/ Leslie Williams Fisher*
Leslie Williams Fisher
Trial Attorney, Department of Justice
Fraud Section
719 Church Street, Suite 3300
Nashville, Tennessee 37203-3870
Telephone: (202) 340-6067