UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:22-cr-00232 |
| v. ) | |
| ) | JUDGE HOLMES |
| JOHN R. MANNING ) | |

## MOTION TO UNSEAL

The United States of America, by and through Mark H. Wildasin, the United States Attorney, and Robert S. Levine, Assistant United States Attorney, and Leslie Williams Fisher, Trial Attorney, United States Department of Justice, hereby moves this Court to unseal the above-captioned case, the indictment, and all other filings and proceedings in the case. The case was sealed pending the arrest of the above-named defendant pursuant to the indictment. The defendant is now in custody, so the purpose for sealing the case no longer exists.

WHEREFORE, for the above reasons, the United States respectfully requests that the above-captioned case, the indictment, and all other filings and proceedings in the case be unsealed as described in the attached proposed Order.

Dated: July 19, 2022

Respectfully submitted,

MARK H. WILDASIN
United States Attorney
Middle District of Tennessee

s/ Robert S. Levine
ROBERT S. LEVINE
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: (615) 736-5151